UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VICTOR APOLLO, | ) |
| Plaintiff, | ) Case No. 1:18-cv-6475 |
| v. | ) Judge Robert W. Gettleman |
| OFFICER ADAM STASINOPOULOS, et al., | ) |
| Defendants. | ) |

**JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiff Victor Apollo and Defendants Officer Adam Stasinopoulos, Officer Daniel Miller, Officer Trevarthan and the Village of Forest Park (jointly "Parties"), by and through their counsel, move the Court to dismiss without prejudice all claims against Individual Defendants Officer Adam Stasinopoulos, Officer Daniel Miller, and Officer Lauren Trevarthen and all Counterclaims against Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(2).

Plaintiff's claims against Defendant Village of Forest Park remain and the parties are in the process of finalizing a settlement agreement. The parties agree that (1) they may reinstate the dismissed claims in the event the parties do not fully settle all claims in this case and (2) in the event no settlement is finalized, no dismissed party will argue that any such reinstatement of a claim against him or her is barred by any applicable statute of limitations. Each side is to bear its own costs.

Dated: January 22, 2024          Respectfully submitted,

                                                                   **ATTORNEYS FOR PLAINTIFF**

                                                                   */s/ Michael P. Mayer*

Michael P. Mayer
Ross J. Corbett
Annie R. Steiner
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, Illinois 60601
Tel. (312) 558-7883
Fax (312) 558-5700
mmayer@winston.com
rcorbett@winston.com
asteiner@winston.com

Kent D. Sinson
SINSON LAW GROUP
100 N. LaSalle Street, Suite 1100
Chicago, Illinois 60601
Tel. (312) 332-2107
Fax (312) 332-4508
kent@sinsonlawgroup.com

*Appointed counsel for Plaintiff Victor Apollo*

**ATTORNEYS FOR DEFENDANTS**

 */s/ Laura L. Scarry*
Laura L. Scarry #6231266
DeANO & SCARRY, LLC
53 W. Jackson Blvd.
Suite 1610
Chicago, IL
(630) 690-2800
lscarry@deanoscarry.com

*Counsel for Defendants*